# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDREW SAWYER

VERSUS

CB&I, INC., THE SHAW GROUP,
INC., SHAW SUNDLAND
FABRICATORS, LLC, SHAW
FABRICATION MANUFACTURES,
INC., CHRIS BARBER, JONATHON
LOTT, BRENDON LOTT, ZACHARY
FOSTER, ERIC HARRIS, TIDUS
GREEN, TOMMY FOSTER, AND
TONY JAMES

NO.  2020 CW 0831

APRIL 19, 2021

---

In Re:   Christopher Barber, Tommy Foster, Jonathon Lott, and
         Brendan Lott, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 624452.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relators' motion advising that the parties have finalized and consummated their agreement to resolve this matter and the underlying district court matter has been dismissed with prejudice, and requesting that this writ application be dismissed.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT